# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GUADALUPE DIAZ-CRUZ,<br><br>　　　　Defendant | Case No.: 16cr864 GPC<br><br>JUDGMENT AND<br>ORDER DISMISSING INDICTMENT |

　　Based on the Motion of the United States, and good cause appearing therefor, the Indictment against GUADALUPE DIAZ-CRUZ is hereby dismissed, without prejudice.

Dated:  June 16, 2016

_____
Hon. Gonzalo P. Curiel
United States District Judge